45,631-01

3/20/15

Dear Mr. Bennett,

How are you? I'am writing to request your assistance and will Greatly Appreciate All that you are able to do to help with this matter.

On August 19, 1999 I was back on Bench Warrant From Death Row For an Evidentiary Hearing.

On September 21, 1999 a letter was sent to District Clerk, Reagan Greer, of San Antonio Tx From A Richard E. Wetzel of Criminal Appeals Requesting Transcripts From the August 19, 1999 Evidentiary hearing.

I would like to Know if this Court ever Recieved the Transcripts that were Requested? And if so, How can I go about getting A copy of the transcripts that this Court Recieved?

My Family and I have been searching High and Low For missing Transcripts From this Evidentiary Hearing So that I may Properly Prepare For my Appeal.

Could you Please Contact me with any Information Concerning the Transcripts? And how we can obtain a Copy of what you Recieved at the Criminal Court of Appeals?

I would Greatly appreciate it!

Contact Info:
Carl L. Brooks #01458316
Connally Unit
899 Fm 632
Kenedy, Tx 78119.

Sincerely,
Carl L. Brooks



**MICHAEL J. McCORMICK**
PRESIDING JUDGE

LAWRENCE E. MEYERS
STEPHEN W. MANSFIELD
SHARON KELLER
TOM PRICE
SUE HOLLAND
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
JUDGES

# Court of Criminal Appeals

## State of Texas
## Box 12308
## Capitol Station
## Austin 78711

May 10, 2000

TROY C. BENNETT, JR.
CLERK
512 463-1551

RICHARD E. WETZEL
EXECUTIVE ADMINISTRATOR
512 463-1600

Reagan E. Greer
District Clerk
100 Dolorosa, #362
San Antonio, Texas 78205-3028

> Re:   Ex parte Carl L. Brooks
>        Your No. 96-CR-0292-W1

Dear Mr. Greer:

On September 21, 1999, this Court received the reporter's record from an evidentiary hearing held on Mr. Brooks' Art. 11.071, V.A.C.C.P., habeas corpus application. The Court has not yet received the transcript containing the pleadings in the case.

Please advise the Court when you intend to forward those matters set out under Art. 11.071, Sec. 9, V.A.C.C.P. Among other things, the Court has not been supplied with the application, the State's answer or the trial court's Findings of Fact and Conclusions of Law. Such matters should be forwarded as soon as possible.

Thank you for your attention and cooperation in this matter.

Sincerely,

Richard E. Wetzel
General Counsel

REW/bh